UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| Doe 600,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>Circle R Ranch<br><br>　　　　　Defendants. | Civil No.<br>(Petition for a Writ of Habeas Corpus ad Testificandum)<br><br><br>**PETITION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM** |

Based upon the Petition for and Writ of Habeas Corpus ad Testificandum executed and filed by Hon. Jonathan Jasper, in Doe 600 v. Circle R Ranch, State of Minnesota, Tenth Judicial District, County of Anoka District Court, Court file 02-CV-20-2671, and appended hereto, the undersigned parties petition the above-captioned Court to issue and file the below Writ of Habeas Corpus ad Testificandum.

Dated: July 12, 2022

JEFF ANDERSON & ASSOCIATES, P.A
By:/s/Joshua Peck
Jeffrey R. Anderson (2057)
Joshua Peck (0395581)
Michael G. Finnegan (033649X)
366 Jackson Street Suite 100
St. Paul MN, 55101
(651) 227-9990
Jeff@andersonadvocates.com
Josh@andersonadvocates.com
Mike@andersonadvocates.com

Dated: July 12, 2022											WALDECK & WOODROW, P.A.
By: /s/ Jason M. Stoffel
Peter M. Waldeck (0306058)
Jason M. Stoffel (0391620)
121 South Eighth Street, Suite 1400
Minneapolis, MN  55402
Telephone:  612.375.1550
*Attorneys for Defendants*
pwaldeck@waldeckpa.com
jstoffel@waldeckpa.com

Filed in District Court
State of Minnesota
JUN 27 2022

STATE OF MINNESOTA

COUNTY OF ANOKA

DISTRICT COURT

TENTH JUDICIAL DISTRICT

Case Type: Personal Injury

Doe 600,

                Plaintiff,

v.

Circle R Ranch,

                Defendant.

Court File No.: 02-CV-20-2671
Honorable Jonathan N. Jasper

**PETITION FOR AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

## PETITION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM

To the Honorable Jonathan N. Jasper, Anoka County, Minnesota District Court Judge in Minnesota's Tenth Judicial District:

Petitioners respectfully petition the Court to issue a Writ of Habeas Corpus ad Testificandum for the prisoner Scott Francis Fortier, whose place of custody and jailor are set forth in the requested Writ, attached hereto, and your petitioners aver that the prisoner is required to appear in the above entitled matter in this Court during the first week of trial beginning on October 31, 2022, and therefore petitioners request that this Court issue the Writ as presented.

This is a civil action, in which Plaintiff Doe 600 seeks damages related to the conduct for which Fortier is incarcerated. Doe 600 has brought negligence and vicarious liability claims against Circle R Ranch, where she met Scott Fortier. Fortier was convicted of sexual exploitation of a minor (18 U.S.C. § 2251(a), (e)) related to Doe 600, for which he is currently incarcerated. Doe 600's allegations regarding Fortier and Circle R Ranch are disputed by the parties. Fortier was deposed in this case on September 21, 2022. However, video recording was not allowed, and the deposition was taken for purposes of discovery. The Court has set October 31, 2022 as the start

of a 10-day trial on the matter. Fortier's presence at trial is necessary and essential to a fair determination of the issues in the case. He is confined at Federal Correctional Institute (FCI), 2600 South 2nd Street, Pekin, Illinois 61554.

Should the Court issue this Order, representatives to the warden of FCI Pekin are instructed to transport Scott Francis Fortier from FCI Pekin on or before October 31, 2022 at 9:00 a.m., for the duration of the trial for access to the Anoka County Courthouse, 2100 3rd Avenue, Anoka, Minnesota, 55303, the Honorable Jonathan N. Jasper, presiding

Dated: June 24, 2022.

Respectfully Submitted,

JEFF ANDERSON & ASSOCIATES, P.A.

By: _____
Jeffrey R. Anderson, #2057
Michael G. Finnegan, #033649X
Joshua D. Peck, #0395581
366 Jackson Street, Suite 100
St. Paul, MN 55101
(651) 227-9990
jeff@andersonadvocates.com
mike@andersonadvocates.com
josh@andersonadvocates.com

*Attorneys for Plaintiff*

Dated: June 23, 2022.

WALDECK & WOODROW, P.A.

By: _____
Peter M. Waldeck, #0306058
Jason M. Stoffel, #0359162
121 South Eighth Street, Suite 1400
Minneapolis, MN 55402
(612) 375-1550
pwaldeck@waldeckpa.com
jstoffel@waldeckpa.com

*Attorneys for Defendant*

2

## PETITION FOR AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM

To: Dan Sproul, Warden
Federal Correctional Institute
2600 Street 2nd Street
Pekin, Illinois 61554

GREETINGS:

WE COMMAND that on or before October 31, 2022, you have and produce the body of Scott Francis Fortier, register number 21012-041, in your custody in the above-referenced institution, before the Anoka County District Court, in the Courtroom of Judge Jonathan Jasper, Anoka County Courthouse, 2100 3rd Avenue, Anoka, Minnesota, 55303, so Scott Francis Fortier may then appear for live testimony in a civil lawsuit stemming from alleged conduct by Fortier in the State of Minnesota. Trial of the matter is scheduled to begin October 31, 2022 and is scheduled to last through November 11, 2022. Fortier will be required to testify in person at some point during the course of trial at a specific date and time to be determined.

Dated: June _____, 2022

JUDGE
ANOKA COUNTY DISTRICT COURT
TENTH JUDICIAL DISTRICT OF MINNESOTA

Jasper, Jonathan (Judge)
2022.06.27 13:28:18 -05'00'

Honorable Jonathan N. Jasper